IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT JACKSON,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS;
JOSE VASQUEZ, Warden; Dr.
CHRISTOPHER NOLAN, R.D.A.P.
Coordinator; JEFFERY C.
STRICKLAND; DORRIS SPELL,
Counselor, and LORI HARRIS,
Unit Manager,

    Defendants.

CIVIL ACTION NO. CV206-192

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 OCT 16 P 4: 07

## ORDER

Plaintiff has filed an "Informative Motion and Request for Sanctions." In his motion, Plaintiff seeks to add as Defendants Dorris Spell and Lori Harris. That portion of Plaintiff's motion is **GRANTED**. Plaintiff shall amend his complaint to assert his claims against these two added Defendants within ten (10) days of the date of this Order. Plaintiff's Request for Sanctions is **DENIED**.

Additionally, Plaintiff shall have until October 30, 2006, to respond to the Court's September 1, 2006 Order and return the required Consent to Collection of Fees and Trust Account Statement. Plaintiff's failure to respond to the directives of this Order will result in the dismissal of Plaintiff's complaint.

**SO ORDERED**, this 16th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)