IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 13 P 12:10

CLERK_____
SO. DIST. OF GA.

ROBERT JACKSON,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS;
JOSE VASQUEZ, Warden; Dr.
CHRISTOPHER NOLAN, R.D.A.P.
Coordinator; JEFFERY C.
STRICKLAND; DORRIS SPELL,
Counselor, and LORI HARRIS,
Unit Manager,

    Defendants.

CIVIL ACTION NO.: CV206-192

## ORDER

Plaintiff has filed a pleading titled "Judicial Notice." Plaintiff moves the Court to reconsider its November 28, 2006 Order denying his Motion for Appointment of Counsel. That portion of Plaintiff's pleading is **denied**. Additionally, Plaintiff asks that the Court hold in abeyance the filing of objections to the November 9, 2006, Report and Recommendation, until the Court appoints counsel for Plaintiff. That portion of Plaintiff's pleading is **denied**. However, Plaintiff shall have until January 5, 2007, to file any desired objections to said Report and Recommendation.

Plaintiff's request to voluntarily dismiss his claims against the Federal Bureau of Prisons and Jose Vasquez are addressed by separate order. Plaintiff's request for "judicial notice" as to the remainder of his pleading is inappropriate and it is **dismissed.**

SO ORDERED, this 13th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)