IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT JACKSON,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV206-192

FEDERAL BUREAU OF PRISONS;
JOSE VASQUEZ, Warden; Dr.
CHRISTOPHER NOLAN, R.D.A.P.
Coordinator; JEFFERY C.
STRICKLAND; DORRIS SPELL,
Counselor, and LORI HARRIS,
Unit Manager,

    Defendants.

## ORDER

Plaintiff has moved this Court for voluntary dismissal of his claims against Defendants Warden Jose Vasquez and the Federal Bureau of Prisons.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's motion to dismiss is hereby **GRANTED**. Plaintiff's claims against the Federal Bureau of Prisons and Warden Jose Vasquez are **DISMISSED**, without prejudice.

**SO ORDERED**, this 14 day of December, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)