FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2009 MAR -3 PM 1:20

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT JACKSON,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS;
JOSE VASQUEZ, Warden; Dr.
CHRISTOPHER NOLAN, R.D.A.P.
Coordinator; JEFFERY C.
STRICKLAND; DORRIS SPELL,
Counselor, and LORI HARRIS,
Unit Manager,

    Defendants.

CIVIL ACTION NO.: CV206-192

## ORDER

After an independent review of the record, the Court concurs with the recommendation of the Magistrate Judge that Defendants' Motion for Summary Judgment be granted. Plaintiff has filed Objections to the Report and Recommendation, wherein he reasserts the factual contentions of his Complaint and urges that he should receive a jury trial on his claim against Defendants.

As the Magistrate Judge correctly reported, Plaintiff failed to respond at all to Defendants' Motion for Summary Judgment, and has offered no evidence supporting his claim that he was treated negatively because of his race. Instead, Plaintiff has offered only conclusory allegations of disparate treatment and discriminatory intent, allegations that clearly are insufficient to support an Equal Protection claim. See GJR Inv., Inc. v.

County of Escambia, Fla., 132 F.3d 1359, 1367-68 (11th Cir. 1998). Accordingly, Defendants are entitled to summary judgment on Plaintiff's claim.

Plaintiff's Objections are without merit. Defendants' Motion for Summary Judgment is hereby **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED**. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3 day of March, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA